```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JOHN LUNG and SGI INTERNATIONAL CORP., a                         :
Corporation Organized & Existing Under the Laws of the           :
Republic of The Marshall Islands,                                :
                                                                 :
                                Plaintiffs,                      :
                                                                 :
            -v-                                                  :
                                                                 :
JACOB S. SAMRA, and JOHN DOE I – V & JANE                        :
DOE I – V (fictitious names used to describe unknown             :
defendants),                                                     :
                                                                 :
                                Defendants.                      :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/5/2021

20-cv-08631 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On October 5, 2021, Defendant orally requested an extension of the discovery deadlines set forth in the Court's Case Management Plan and Scheduling Order.

The Court's Case Management Plan and Scheduling Order was entered on December 30, 2020. Dkt. No. 16. That order set a deadline of August 16, 2021 for the conclusion of fact discovery and of July 30, 2021 for related depositions. *Id.* It also required that all discovery, including expert discovery and associated depositions, be completed by July 30,2021. *Id.*

Defendant now seeks a modification of the Court's order extending the time for the conclusion of discovery in order to conduct depositions. Plaintiffs oppose this request. Federal Rule of Civil Procedure 16(b)(4) provides that "[a] schedule may be modified only for good cause and with the judge's consent." In this context, "good cause" "means that scheduling deadlines cannot be met despite a party's diligent efforts." 3 J. Moore, Moore's Federal Practice § 16.14[1][a] (3d ed. 2021). The request by Defendant for an extension of the discovery deadlines is DENIED for failure to establish good cause. *See Furry Puppet Studio Inc. v. Fall Out Boy*, 2020 WL 4978080, at *1 (S.D.N.Y. Feb. 24, 2020) (explaining this Court's requirement for a movant to make a showing of good cause that deadlines in a scheduling order should be extended).

It is further ORDERED that:

Any motion for summary judgment must be filed no later than November 3, 2021.

Any opposition to such motion must be filed no later than November 19, 2021.

Any reply to such opposition must be filed no later than December 3, 2021.

The proposed joint pretrial order must be submitted no later than May 6, 2022.

The final pretrial conference shall proceed on May 18, 2022 at 11:00 am in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

The jury trial in this matter is scheduled for May 23, 2022 at 9:30 am in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: October 5, 2021
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge